UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER MICHAEL ROWLAND,

        Plaintiff,

  v.

JOHN DOE,

        Defendant.

Case No. 23-cv-02587-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Clerk's Notices to file a complaint and to either pay the $402 filing fee or file an application to proceed *in forma pauperis* (IFP). Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to prosecute and for failure to comply with the Clerk's Notices, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; (ii) contain a complaint on this Court's form; and (iii) be accompanied by full payment for the $402 filing fee or a complete IFP application, which includes the application form itself, a Certificate of Funds signed by an authorized prison officer, and a prison trust account statement showing transactions for the last six months. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** July 12, 2023

                                              RICHARD SEEBORG
                                          Chief United States District Judge